**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: George W. Lesnett Jr., Stacy L Lesnett aka Stacy L. Oskowski-Lesnett | CHAPTER 13 |
| Debtor(s) | BKY. NO. 25-10130 JCM |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

Respectfully submitted,


/s/ Denise Carlon
Denise Carlon
18 Mar 2025, 12:16:40, EDT

Denise Carlon, Esq. (317226)  ☑
Brent Lemon, Esq. (86478)  ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com