Certificate Number: 15322-PAW-DE-039523290

Bankruptcy Case Number: 25-10130



15322-PAW-DE-039523290

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 6, 2025,</u> at <u>12:25</u> o'clock <u>PM CDT</u>, <u>Stacy L Lesnett</u> completed a course on personal financial management given <u>by internet</u> by <u>1$ Wiser Consumer Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:  <u>April 6, 2025</u>

By:  <u>/s/Andrea Sanchez</u>

Name:  <u>Andrea Sanchez</u>

Title:  <u>Certified Credit Counselor</u>