FORM JCM 13-3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: :
:  Case No. 25-10130-JCM
GEORGE W. LESNETT, JR. AND :
STACY L. LESNETT :
: Chapter 13
:
Debtor(s). :  Related to Doc. No. 30
:

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:


❑    a motion to dismiss case or certificate of default requesting dismissal


XX    a plan modification sought by: Debtor _____


❑    a motion to lift stay
     as to creditor   _____


☒    Other:    Post confirmation mortgage claim          _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the


*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*


☒ Chapter 13 Plan dated March 6, 2025

❑ Amended Chapter 13 Plan

[04/22]    -1-

FORM JCM 13-3

is modified as follows:

**[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]**

❏    Debtor(s) Plan payments shall be changed from _____ per month to _____ per month, effective July 1, 2025.                    .

❏    In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

❏    Debtor(s) shall file and serve _____ on or before _____.

❏    If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

❏    If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

❏    Other:
(a)   Pennymac Claim #10 will govern with all payment changes filed of record.

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein,

[04/22]                    -2-

FORM JCM 13-3

such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order.  Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

   **IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.   The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

FORM JCM 13-3

**SO ORDERED,** this  2nd  day of         June        , 2025

Dated:  June 2, 2025

_____
jlm
John C. Melaragno, Judge
United States Bankruptcy Court

SIGNED
6/2/25 12:26 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Stipulated by:                                              Stipulated by:

  /s/ Tina M Fryling                                    /s/James Warmbrodt
Counsel to Debtor                                   Counsel to Chapter 13 Trustee


Stipulated by:


_____
Counsel to affected creditor


cc:   All Parties in Interest to be served by Clerk


[04/22]                                    -4-

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-10130-JCM |
| George W. Lesnett, Jr. | Chapter 13 |
| Stacy L. Lesnett | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Jun 02, 2025 | Form ID: pdf900 | Total Noticed: 21 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | George W. Lesnett, Jr., Stacy L. Lesnett, 2451 Lake Street, Lake City, PA 16423-1326 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 03 2025 01:04:18 | PYOD, LLC, c/o Resurgent Capital Services, Po Box 19008, Greenville, SC 29602-9008 |
| 16509125 | + | Email/Text: bankruptcy@cavps.com | Jun 03 2025 00:47:00 | Cavalry Portfolio Services, 1 American Lane, Ste. 220, Greenwich, CT 06831-2563 |
| 16512399 | + | Email/Text: bankruptcy@cavps.com | Jun 03 2025 00:47:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 16509126 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 03 2025 00:47:00 | Credit Collection Services, PO Box 607, Norwood, MA 02062-0607 |
| 16509127 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 03 2025 01:03:53 | Credit One, PO Box 98875, Las Vegas, NV 89193-8875 |
| 16509128 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 03 2025 01:03:46 | JMPCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 16521828 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jun 03 2025 00:46:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 16509129 | ^ | MEBN | Jun 03 2025 00:32:06 | KML Law Group, PC, Suite 5000 - BNY Mellon Independence Ctr, 701 Market Street, Philadelphia, PA 19106-1538 |
| 16514374 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 03 2025 01:03:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16509130 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 03 2025 01:03:30 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 16533680 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 03 2025 00:46:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 16509131 | + | Email/PDF: cbp@omf.com | Jun 03 2025 01:04:30 | One Main Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 16514228 | + | Email/PDF: cbp@omf.com | Jun 03 2025 01:03:36 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 16534527 | + | Email/PDF: ebnotices@pnmac.com | Jun 03 2025 01:03:30 | PENNYMAC LOAN SERVICES, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 16529433 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 03 2025 01:19:42 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 16509133 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 03 2025 01:03:51 | Portfolio Recovery Assoc., 120 Corporate Drive, Norfolk, VA 23513 |
| 16533799 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 03 2025 01:03:36 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 16509132 | | Email/PDF: ebnotices@pnmac.com | Jun 03 2025 01:04:17 | PennyMac Loan Services, LLC, PO Box 514387, Los Angeles, CA 90051-4387 |
| 16520170 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 03 2025 00:46:00 | Santander Bank, N.A.; as, servicer for Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 16509134 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 03 2025 00:46:00 | Santander Consumer USA, PO Box 961245, Fort Worth, TX 76161-0244 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 04, 2025              Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Tina M. Fryling | on behalf of Joint Debtor Stacy L. Lesnett tinafryling@gmail.com tfryling@mercyhurst.edu;r53088@notify.bestcase.com |
| Tina M. Fryling | on behalf of Debtor George W. Lesnett Jr. tinafryling@gmail.com, tfryling@mercyhurst.edu;r53088@notify.bestcase.com |

TOTAL: 5