IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA


| | | |
|---|---|---|
| IN RE: | : | |
| GEORGE W. LESNETT JR. and STACY  L. | : | |
| LESNETT | : | |
| Debtors | : | Bankruptcy No. 25-10130-JCM |
| | : | Chapter 13 |
| PNC Bank, NA | : | |
| Movant | : | |
| V. | : | Related  Document No. |
| GEORGE W. LESNETT JR. and STACY L. | : | Related to Claim No. 10 |
| LESNETT | : | |
| Debtors | : | |


DECLARATION OF DEBTORS REGARDING MORTGAGE PAYMENT


The Debtors hereby declare that the existing payment in the Chapter 13 Plan in the above captioned bankruptcy case is NOT SUFFICIENT to fund the Plan with the modified mortgage amount.  A modified plan or a stipulation with the trustee will be filed to change the amount.


Date:  March 24, 2026


/s/ Tina M. Fryling
Tina M. Fryling, Esq.
Attorney for Debtors
4258 West 12th Street
Erie, PA  16505
(814) 450 5161