FORM JCM 13-3

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                :

                                    :     **Case No.  25-10130-JCM**

**GEORGE W. LESNETT, JR. AND**     :
**STACY L. LESNETT**                :

                                    :     **Chapter 13**

                                    :
                 **Debtor(s).**            :     Related to Doc. No. 36

                                    :

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

❑       a motion to dismiss case or certificate of default requesting dismissal

❑       a plan modification sought by: _____

❑       a motion to lift stay
         as to creditor     _____

☒       Other:       <u>Post confirmation mortgage claim          </u>

      **WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

      **IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Chapter 13 Plan dated March 6, 2025

❑ Amended Chapter 13 Plan

[04/22]                     -1-

is modified as follows:

**[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]**

X      Debtor(s) Plan payments shall be changed from 2198 per month to 2240 per month, effective April 1, 2026.      .

❑      In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and  serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments.  If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

❑      Debtor(s) shall file and serve _____ on or before _____.

❑      If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

❑      If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

X      Other:

(a)   Pennymac Loan Services Claim #10 will govern with all payment changes filed of record.

FORM JCM 13-3

   **IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order.  Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

   **IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.  The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

[04/22]                                           -3-

FORM JCM 13-3

**SO ORDERED,** this 7th day of _____ April _____, 2026

Dated: ___April 7, 2026___

_____
John C. Melaragno, Judge
United States Bankruptcy Court

SIGNED
4/7/26 12:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Stipulated by:                          Stipulated by:

__/s/ Tina M Fryling__           __/s/ Dennis Sloan__
Counsel to Debtor                 Counsel to Chapter 13 Trustee

Stipulated by:

_____
Counsel to affected creditor

cc:   All Parties in Interest to be served by Clerk

[04/22]                          -4-

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-10130-JCM |
| George W. Lesnett, Jr. | Chapter 13 |
| Stacy L. Lesnett | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Apr 07, 2026 | Form ID: pdf900 | Total Noticed: 21 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + George W. Lesnett, Jr., Stacy L. Lesnett, 2451 Lake Street, Lake City, PA 16423-1326 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 08 2026 00:13:40 | PYOD, LLC, c/o Resurgent Capital Services, Po Box 19008, Greenville, SC 29602-9008 |
| 16509125 | + Email/Text: bankruptcy@cavps.com | Apr 08 2026 00:11:00 | Cavalry Portfolio Services, 1 American Lane, Ste. 220, Greenwich, CT 06831-2563 |
| 16512399 | + Email/Text: bankruptcy@cavps.com | Apr 08 2026 00:11:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 16509126 | + Email/Text: bankruptcy_notifications@ccsusa.com | Apr 08 2026 00:11:00 | Credit Collection Services, PO Box 607, Norwood, MA 02062-0607 |
| 16509127 | + Email/PDF: creditonebknotifications@resurgent.com | Apr 08 2026 00:13:33 | Credit One, PO Box 98875, Las Vegas, NV 89193-8875 |
| 16509128 | + Email/PDF: ais.chase.ebn@aisinfo.com | Apr 08 2026 00:13:33 | JMPCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 16521828 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Apr 08 2026 00:11:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 16509129 | ^ MEBN | Apr 08 2026 00:07:35 | KML Law Group, PC, Suite 5000 - BNY Mellon Independence Ctr, 701 Market Street, Philadelphia, PA 19106-1538 |
| 16514374 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 08 2026 00:13:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16509130 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 08 2026 00:13:40 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 16533680 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 08 2026 00:11:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 16509131 | + Email/PDF: cbp@omf.com | Apr 08 2026 00:13:39 | One Main Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 16514228 | + Email/PDF: cbp@omf.com | Apr 08 2026 00:13:46 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 16534527 | + Email/PDF: ebnotices@pnmac.com | Apr 08 2026 00:29:46 | PENNYMAC LOAN SERVICES, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 16529433 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

District/off: 0315-1                          User: auto                                   Page 2 of 2

Date Rcvd: Apr 07, 2026                   Form ID: pdf900                          Total Noticed: 21

| Recip ID | | Notice Time | Name and Address |
|---|---|---|---|
| | | Apr 08 2026 00:13:39 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 16509133 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 08 2026 00:13:39 | Portfolio Recovery Assoc., 120 Corporate Drive, Norfolk, VA 23513 |
| 16533799 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 08 2026 00:13:33 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 16509132 | Email/PDF: ebnotices@pnmac.com | Apr 08 2026 00:13:43 | PennyMac Loan Services, LLC, PO Box 514387, Los Angeles, CA 90051-4387 |
| 16520170 | + Email/Text: enotifications@santanderconsumerusa.com | Apr 08 2026 00:11:00 | Santander Bank, N.A.; as, servicer for Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 16509134 | + Email/Text: enotifications@santanderconsumerusa.com | Apr 08 2026 00:11:00 | Santander Consumer USA, PO Box 961245, Fort Worth, TX 76161-0244 |

TOTAL: 20

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC denise.carlon@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Matthew Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Tina M. Fryling | on behalf of Joint Debtor Stacy L. Lesnett tinafryling@gmail.com  tfryling@mercyhurst.edu;r53088@notify.bestcase.com |
| Tina M. Fryling | on behalf of Debtor George W. Lesnett  Jr. tinafryling@gmail.com, tfryling@mercyhurst.edu;r53088@notify.bestcase.com |

TOTAL: 6